EMILIO MARINO, PETITIONER, *v.* COMMISSIONER OF INTERNAL
REVENUE, RESPONDENT

Docket No. 7465.   Promulgated December 31, 1926.

*T. M. Mather, Esq.,* for the respondent.

STERNHAGEN: The petitioner was engaged as a salesman for selling
certain goods to retail drug stores.  His salary was $60 a week and
this was his sole income.  He claimed to have paid $30 a week to a
chauffeur to drive him in a Ford automobile to his various cus-
tomers, and these payments, together with oil, gas and repairs,
amount to $1,786, which he deducted as an ordinary and necessary
expense.  The deduction was disallowed by the Commissioner, re-
sulting in a deficiency for the year 1923 of $23.86.

After hearing the petitioner's evidence, we are not convinced that
the amount claimed was in fact sustained as an ordinary and neces-
sary expense of the business, and, therefore, affirm the Commissioner's
disallowance.

*Judgment will be entered for the Commissioner.*